UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
FEB - 1 2018
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:18CR00089 CDP/NCC |
| GREGORY WILLIAMS, | ) |
| Defendant. | ) |

### INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about October 10, 2017, in St. Louis County, Missouri, within the Eastern District of Missouri, the defendant,

**GREGORY WILLIAMS,**

did knowingly and intentionally possess, with intent to distribute, a mixture or substance containing marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(D).

### COUNT II

The Grand Jury further charges that:

On or about October 10, 2017, in St. Louis County, Missouri, within the Eastern District of Missouri,

**GREGORY WILLIAMS,**

the defendant, with intent that a firearm be used in the commission of the crime charged in Count one (I) herein, knowingly possessed a firearm in a Federal facility, in violation of Title 18, United States Code, Section 930(b), and punishable under the same.

## COUNT III

The Grand Jury further charges that:

On or about October 10, 2017, in St. Louis County, Missouri, within the Eastern District of Missouri,

**GREGORY WILLIAMS,**

the defendant, did knowingly possess a firearm in furtherance of the drug trafficking crime charged in Count one (I) herein, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
EDWARD L. DOWD III #61909MO
Assistant United States Attorney